AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARK E. FRONTERA,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CITY OF COLUMBUS, et al.,**

CASE NO. C2-06-1046
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

       **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 23, 2008, JUDGMENT is entered in favor of Defendants. This case is dismissed.**

Date: December 23, 2008           JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk